UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW CASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| The BOARD OF GOVERNORS OF MISSOURI STATE UNIVERSITY; KRISTI PERRYMAN, former MSU Internship Coordinator for the Counseling Department, individually; TAMARA ARTHAUD, Counseling Department Head, individually and in her official capacity; ANGELA ANDERSON, MSU faculty member, individually and in her official capacity, | ) ) ) ) Case No.: 2016-CV-03155-MDH ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate **Joseph Eischens** from the Court's List of Mediators to conduct the MAP mediation in this case. The mediation will be held on **Wednesday, October 5, 2016**. The mediation will be held in Springfield, MO at 10:00 am at the **Springfield Bar Association**, 1615 S. Ingram Mill Road, Springfield, MO 65804.  Tel. 417-831-2783.

**We Agree:**

| | |
|---|---|
| **Attorneys for Plaintiff Andrew Cash:** | 312-782-1680 (tel) |
| | 312-783-1887 (fax) |
| By: */s/ Daniel Baker* | tolp@thomasmoresociety.org |
| Law Office of Cox & Associates | (*Pro hac vice granted) |
| 202 West 4th St. | |
| Sedalia, MO 65301 | Of Counsel: |
| Missouri Bar No. 60642 | GERARD A. NIETERS |
| Tel.  660-826-5488 | Nieters & Associates, P.C. |
| Fax. 660-826-2928 | 19 Osperey Way |
| daniel@sedalialawyers.com | O'Fallon, MO 63368 |
| | Missouri Bar No. 34164 |
| Of Counsel: | Tel. (314) 368-8460 |
| THOMAS MORE SOCIETY | Fax 636 978 6603 |
| Thomas Brejcha* | gerardnieters@chargter.net |
| Thomas Olp* | |
| Jason R. Craddock* | |
| 19 South LaSalle St. Suite 603 | |

1

Chicago, IL 60603

**Attorneys for Defendants The Board of Governors of Missouri State University, Tamara Arthaud, and Angela Anderson:**

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By: /s/ Daniel O. Ramón

Kimberly A. Jones, MO. Bar No. 46688
Daniel O. Ramón, MO. Bar No. 68685
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
Email: Kim@sbhlaw.com
Email: Danny@sbhlaw.com

**Attorneys for Defendant Kristi Perryman:**

By: /s/ Seth M. Haines

Angela C. Artherton
Seth M. Haines
R. Christopher Lawson
Friday, Eldredge & Clark, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
Telephone: (479) 695-1103
Facsimile: (479) 695-2147
shaines@fridayfirm.com
lawson@fridayfirm.com
aartherton@fridayfirm.com

CERTIFICATE OF SERVICE

I, Thomas Olp, certify that I filed this document as an ADR event in ECF on this 22nd day of August, 2016, thereby effecting service on all registered counsel, including counsel listed above.

/s/
Thomas Olp