IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW CASH, | ) |
|         Plaintiff, | ) |
| v. | ) Case No.: 6:16-cv-03155-MDH |
| The BOARD OF GOVERNORS OF MISSOURI STATE UNIVERSITY; KRISTI PERRYMAN, TAMARA ARTHAUD; and ANGELA ANDERSON, | ) |
|         Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ANDREW CASH and Defendants The BOARD OF GOVERNORS OF MISSOURI STATE UNIVERSITY; KRISTI PERRYMAN, TAMARA ARTHAUD, and ANGELA ANDERSON, that the above-captioned action, as set forth in plaintiffs' Amended Complaint (Docket No. 9), is voluntarily dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Parties will bear their own costs.

Dated: December 13, 2016

By: /s/ Daniel Baker
Daniel Baker MO. Bar. No. 60642
Law Office of Cox & Associates
202 West 4th St.
Sedalia, MO 65301
Telephone: (660) 826-5488
Facsimile: (660) 826-2928
Daniel@sedalialawyers.com

THOMAS MORE SOCIETY
Thomas Brejcha
Thomas Olp
Jason R. Craddock
19 South LaSalle St. – Suite 603

Chicago, IL 60603
Telephone: (312) 782-1680
Facsimile: (312) 783-1887
tbrejcha@thomasmoresociety.org
tolp@thomasmoresociety.org
craddocklaw@att.net

Gerald Nieters, MO. Bar No. 34164
Nieters & Associates, P.C.
19 Osperey Way
O'Fallon, MO 63368
Telephone: (314) 368-8460
Facsimile: (636) 978-6603
nietersassoc@charter.net

1

**Attorneys for Plaintiff Andrew Cash**

SEYFERTH BLUMENTHAL & HARRIS LLC

By: /s/ Kimberly A. Jones
Kimberly A. Jones, MO. Bar No. 46688
Daniel O. Ramón, MO. Bar No. 68685
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
Email: Kim@sbhlaw.com
Email:Danny@sbhlaw.com

**Attorneys for Defendants The Board of Governors of Missouri State University, Tamara Arthaud, and Angela Anderson**


Seth M. Haines

By: /s/ Seth M. Haines
15456 Goshen Tuttle Road
Elkins, AR 72727
seth@shainesfirm.com

**Attorney for Defendant Kristi Perryman**

2
Case 6:16-cv-03155-MDH   Document 30   Filed 12/13/16   Page 2 of 2